# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2022-0036, <u>Mason Road, LLC v. Heather Kelly Melvin</u>, the court on November 10, 2022, issued the following order:**

Having considered the parties' briefs and the record submitted on appeal, the court concludes that oral argument is unnecessary in this case, <u>see</u> <u>Sup. Ct. R.</u> 18(1), and that defendant, Heather Kelly Melvin, as the appealing party, has not established reversible error, <u>see</u> <u>Sup. Ct. R.</u> 25(8); <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). The defendant's emergency motion to remove Attorney Maxwell as the plaintiff's attorney, her amended emergency motion to remove Attorney Maxwell as the plaintiff's attorney, her immediate emergency motion seeking <u>ex</u> <u>parte</u> relief, and her amended immediate emergency motion seeking <u>ex</u> <u>parte</u> relief are denied. Accordingly, the plaintiff's motions to strike the defendant's emergency motion to remove Attorney Sabin Maxwell as the plaintiff's attorney and her amended emergency motion seeking the same relief are moot. The defendant's motion "to request recusal of presiding judge on underlying matter" is denied without prejudice to seeking relief from the circuit court in the event there are further circuit court proceedings in the matter.

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,
Clerk**